UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RACHELLE ANN COX, a single woman, individually,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAULA L. EARL and "JOHN DOE" EARL, wife and husband and their marital community property,<br><br>　　　　　Defendants. | NO. CV-10-105-EFS<br><br>**ORDER DISMISSING MATTER AND CLOSING FILE** |

　　　This matter comes before the Court on Plaintiff Rachelle Ann Cox's Amended Notice of Settlement, ECF No. 27, in which Plaintiff informs the Court that this matter has been resolved and that all trial and hearing dates may be stricken. Accordingly, the Court construes Plaintiff's filing as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

　　　Based on Plaintiff's notice, **IT IS HEREBY ORDERED**:

　　　1. This matter is **DISMISSED without prejudice** and with each party to bear their own costs and fees.

///

//

/

ORDER ~ 1

2.  This file shall be **CLOSED**, and all pending motions, hearings, and deadlines **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this ___7th___ day of June 2012.


                            S/ Edward F. Shea
                            EDWARD F. SHEA
                       United States District Judge

Q:\Civil\2010\105.stip.dismiss.lc2.wpd

ORDER ~ 2